IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EMILIE DEAN BENTLEY,<br><br>Plaintiff,<br><br>v.<br><br>SHEILA SRIVASTAVA; CHRIS HARDING; RYAN SULLIVAN; and SAMMY BATARSEH,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00927-JNP-DPB<br><br>Chief District Judge Jill N. Parrish |

Plaintiff Emilie Dean Bentley filed a complaint against Defendants Sheila Srivastava, Chris Harding, Ryan Sullivan, and Sammy Batarseh. ECF No. 1. Plaintiff later moved for a preliminary injunction. ECF No. 29. Magistrate Judge Pead recommended dismissing Plaintiff's motion for a preliminary injunction. ECF No. 44. For the following reasons, the court ADOPTS his Report and Recommendation and DENIES the motion for preliminary injunction.

**BACKGROUND**

On October 17, 2025, Plaintiff filed her original complaint against Defendants. ECF No. 1. On November 17, 2025, Plaintiff filed a Motion for Preliminary Injunction in Equity. ECF No. 29. As stated in Judge Pead's Report and Recommendation, "Plaintiff seeks injunctive relief, 'restraining' Defendants from issuing any tax related notices, bills, penalties or liens 'under any fictitious, incorrect, or mis-styled name.'" ECF No. 44 at 1.

Judge Pead recommended the court deny the motion for preliminary injunction because Plaintiff failed to establish the elements for a preliminary injunction. Specifically, Plaintiff was

unable to show a substantial likelihood of success on the merits because she failed to establish subject matter jurisdiction or to state a plausible claim for relief. Plaintiff also failed to show any irreparable harm or injury.

## DISCUSSION

Because Plaintiff did not object to the Report and Recommendation, she has waived any argument challenging its recommendations. *Paciorek v. Church of Jesus Christ of Latter-Day Saints*, No. 2:23-cv-00904, 2024 WL 2818881, at *1 (D. Utah June 3, 2024); *Thompson v. Sirmons*, 336 F. App'x 834, 836 (10th Cir. 2009) (unpublished) ("When a plaintiff does not make specific objections to the magistrate judge's report, he is considered to have waived those objections."). And nothing indicates that the interests of justice demand excusing waiver here. *See Paciorek*, No. 2:23-cv-00904, 2024 WL 2818881, at *1. Nevertheless, even if the court reviewed for clear error, the court concludes that Judge Pead's analysis is not clearly erroneous. *See Zloza v. Indus. Co.*, No. 4:23-cv-17, 2023 WL 2760784, at *1 (D. Utah Apr. 3, 2023).

## CONCLUSION AND ORDER

IT IS THEREFORE ORDERED that the Report and Recommendation is **ACCEPTED AND ADOPTED**, ECF No. 44, and the motion for preliminary injunction is **DENIED**, ECF No. 29.

Signed August 17, 2026.

BY THE COURT

Jill N. Parrish

Jill N. Parrish
United States Chief District Judge